1002

[No. 5059–1. Division One. January 3, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
LEON PECK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 76163, Frank J. Eberharter, J., entered Sep-
tember 27, 1976. *Affirmed* by unpublished opinion per
Andersen, J., concurred in by Farris, C.J., and Callow, J.

[No. 1992–3. Division Three. January 4, 1978.]

WARREN AMBLER, *Appellant,* v. RICHARD WERTZ,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 19369, B. E. Kohls, J., entered April
26, 1976. *Affirmed* by unpublished opinion per Munson,
C.J., concurred in by Green and McInturff, JJ.

[No. 2473–2. Division Two. January 6, 1978.]

TRUSTEES OF THE WASHINGTON MEAT INDUSTRY TRUST AND
THE WASHINGTON MEAT INDUSTRY PENSION TRUST,
*Appellants,* v. PEERLESS FOOD PRODUCTS
CO., INC., *Respondent.*

Appeal from a judgment of the Superior Court for Lewis
County, No. 33170, Dale M. Nordquist, J., entered July 6,
1976. *Reversed* by unpublished opinion per Petrie, J., con-
curred in by Pearson, C.J., and Reed, J.